IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-39-M-DWM-1 |
| Plaintiff, | ORDER |
| vs. | |
| MICHAEL ANTHONY PITTMAN, | |
| Defendant. | |

The United States of America's has filed an Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 44.) Defendant Michael Anthony Pittman has been adjudged guilty of possession with intent to distribute methamphetamine as charged in the Indictment and has admitted to its forfeiture allegation. As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11).

Accordingly, IT IS ORDERED that the motion (Doc. 44) is GRANTED.

IT IS FURTHER ORDERED that Pittman's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11):

- Heckler & Koch Inc., model USP, 9mm caliber pistol, S/N: 24-112840;
- 6 rounds of 9mm ammunition;
- Taurus, model PT1911, .45 caliber pistol, S/N: NDT97439;
- 7 rounds of Winchester-Western .45 caliber ammunition; and
- Assorted ammunition, magazines and accessories.

IT IS FURTHER ORDERED that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and as required by Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 15 day of December, 2025.

_____
Donald W. Molloy, District Judge
United States District Court